**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE APPLICATION OF DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,

Petitioner,

v.

OSMON ASKARBEKOV
Defendant

CIVIL ACTION NO. 1:23-CV-0554

**EMERGENCY ORDER**

IT IS HEREBY ORDERED that Immigration and Customs Enforcement ("ICE") and the Public Health Service, Division of Immigration Health Services Corps., through competent medical authority, is authorized to provide involuntary hydration and nutrition through the use of nasal gastric tubes for OSMON ASKARBEKOV ("Defendant") and involuntary medical examinations of Defendant which would include blood draws, weigh-ins and monitoring of vital signs;

IT IS FURTHER ORDERED that ICE, acting through competent medical authority, is authorized to restrain Respondent if he resists efforts to hydrate, administer nutrition, draw blood, be weighed, monitor vital signs and submit to routine medical examinations;

Signed this 27th day of April, 2023 in Monroe, Louisiana.

UNITED STATES DISTRICT COURT JUDGE